UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY P. PEOPLES,

    Petitioner,

v.                                               Case No. 3:17cv190-LC-CJK

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 17, 2018. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 28) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 23) is GRANTED.

3. The amended petition for writ of habeas corpus (doc. 7), challenging petitioner's judgments of conviction and sentences in *State of Florida v. Anthony Paul Peoples*, Escambia County Circuit Court Case Nos. 2013-CF-1086 and 2013-CF-1637, is DISMISSED WITH PREJUDICE.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 3rd day of August, 2018.

       s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**